UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 26, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| Lucas Bell, et al., | § |
|     Plaintiffs, | § |
| versus | §  Civil Action H-22-166 |
| Allstate Vehicle & Property Insurance Co., | § |
|     Defendant. | § |

## Conditional Dismissal

1. Having been advised that the parties have settled, the case is dismissed with prejudice. (6)

2. By June 10, 2022, the parties may move for reinstatement.

3. The court retains the jurisdiction to enforce the settlement

Signed on April **25**, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge