UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 13, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Lucas Bell, *et al.*, | § § § § § § § § § § | |
| Plaintiffs, | | |
| versus | | Civil Action H-22-166 |
| Allstate Vehicle & Property Insurance Co., | | |
| Defendant. | | |

# Final Dismissal

1. Neither party having moved for reinstatement, the case is dismissed with prejudice.

2. The court retains jurisdiction to enforce the settlement.

Signed on June **13**, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge